Joseph MANDELL, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5092.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2013.

Joseph Mandell, of Oceanport, NJ, pro se.

Jennifer E. LaGrange, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director.

DYK, MOORE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**